# PROOF OF SERVICE

## *Hansford v. Solano County, et al.*

At the time of service, I was over 18 years of age and not a party to the above-entitled action. I declare under penalty of perjury that the forgoing is true and correct.

My business address is 3117 Elizabeth Lane Antioch, CA. On the execution date below and in ,the manner stated herein, I served the following documents:

**1. NOTICE TO COMPLAINANT'S ATTORNEY**
**2. NOTICE OF CASE CLOSURE WITH "RIGHT TO SUE"**
**3. DF'EH EMPLOYMENT COMPLAINT - FORM 300-03 WITH ATTACHMENT A**

[ ] BY FIRST CLASS U.S. MAIL. I placed a true copy of the documents in a sealed envelope with first class postage l l l y prepaid for collection and mailing following our ordinary business's practice for collecting and processing correspondence for mailing. On the same day, that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

[ ] BY FASCIMILE. I caused the transmission of the above-described documents by facsimile to the offices of the addressee(s) listed below. No error was reported by the fax machine used.

[ X ] BY PERSONAL SERVICE. I delivered by hand the documents to the addressee(s) pursuant to CCP Section 415.10
Joe C. Stoddard
700 Burwood Way
Antioch, CA 94509

[ ] BY CERTIFIED U.S. MAIL - RETURN RECEIPT REQUESTED. I caused such document(s) to be placed for delivery via U.S. Certified Mail - Return Receipt Requested. I deposited a true copy of the documents in a sealed envelope in the ordinary course of business with the United States Postal Service.

I declare under penalty of perjury under the laws of the is true and correct and that this declaration was executed on 2 August 2008 @ 0855 am.

Dated Aug 2 2008     by *[signature]* in Antioch, CA
                       Arthur Carl Chandler