## PROOF OF SERVICE

### *Hansford v. Solano County Dept of Health and Human Services*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Case No. C 08-03496 JSW

My business address is 3117 Elizabeth Lane Antioch,CA.   On the execution date below and in ,the manner stated herein, I served the following documents:

1. STIPULATION PROP ORDER SELECTING ADR PROCESS
2. ADR CERTIFICATION
3. ADR INSTRUCTION FORM
4. CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE
5. NOTICE OF NEED FOR ADR PHONE CONFERENCE
6. NOTICE OF NEED FOR MEDIATION
7. COMPLAINT CONFORMED 080718
8. FILED CIVIL COVER SHEET
9. PACKET FOR SERVICE
10. SUMMONS AND SUMMONS RETURNED SIGNED
11. LOCAL RULES  DISPUTE RESOLUTION PROCEDURES NORTHERN DISTRICT
12. POS TO COMPLAINT
13. POS AMMENDED TO COMPLAINT
14. DOCUMENT 4 ORDER SETTINGS

[ ] BY FIRST CLASS U.S. MAIL.  I placed a true copy of the documents in a sealed envelope with first class postage I I I y prepaid for collection and mailing following our ordinary business's practice for collecting and processing correspondence for mailing. On the same day, that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

[ ] BY FASCIMILE. I caused the transmission of the above-described documents by facsimile to the offices of the addressee(s) listed below. No error was reported by the fax machine used.

[ X ] BY PERSONAL SERVICE. I  delivered by hand the documents to the addressee(s) pursuant to CCP 1011
The address I delivered the documents is as follows:

**Solano County Counsel**
**675 Texas Ste 6600**
**Fairfield,CA 94533**

[ ] BY CERTIFIED U.S. MAIL - RETURN RECEIPT REQUESTED. I caused such document(s) to be placed for delivery via U.S. Certified Mail - Return Receipt Requested. I deposited a true copy of the documents in a sealed envelope in the ordinary course of business with the United States Postal Service.

I declare under penalty of perjury under the laws of the is true and correct and that this declaration was executed on 8 August 2008 @  2:30 pm.

Dated 8/8/08

by [signature] in Antioch, CA
Arthur Carl Chandler