| | |
|---|---|
| 1 | CAROLEE G. KILDUFF, ESQ., SBN 107232     (SPACE BELOW FOR FILING STAMP ONLY) |
| 2 | ALLISON E. GOLDSMITH, ESQ., SBN 238263 |
| | **ANGELO, KILDAY & KILDUFF** |
| 3 | Attorneys at Law |
| | 601 University Avenue, Suite 150 |
| 4 | Sacramento, CA 95825 |
| | Telephone: (916) 564-6100 |
| 5 | Telecopier: (916) 564-6263 |

6   Attorneys for Defendant, COUNTY OF SOLANO (also sued herein as Solano County
7   Department of Health and Human Services)

8   **UNITED STATES DISTRICT COURT**

9   **NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 10 | | |
| 11 | NATHAN HANSFORD, | ) Case No.: CV 08-3496 |
| 12 | Plaintiff, | ) |
| | | ) **STIPULATION TO TRANSFER CASE** |
| 13 | vs. | ) |
| 14 | SOLANO COUNTY DEPARTMENT OF | ) |
| 15 | HEALTH AND HUMAN SERVICES, and | ) |
| | DOES 1-50, inclusive, | ) |
| 16 | | ) |
| 17 | Defendants. | ) |

21   Whereas, this case arises out of the employment of Plaintiff Nathan Hansford with the
22   County of Solano; and
23   Whereas the County of Solano lies within the Eastern District under Eastern District Rule
24   3-120(d), and Northern District Local Rule 3-2(c) – (e):
25   Therefore, it is hereby stipulated and respectfully requested, by and between Plaintiff
26   Nathan Hansford, by and through his attorneys of record, and Defendant County of Solano, by
27   and through its attorneys of record, that it is in the interest of justice that this Court transfer this
28   case to the Eastern District in accordance with 28 U.S.C. section 1406.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 20, 2008 | ANGELO, KILDAY & KILDUFF |
| 3 | | |
| 4 | | By: _[signature]_ |
| 5 | | CAROLEE G. KILDUFF<br>ALLISON E. GOLDSMITH |
| 6 | | Attorneys for Defendant COUNTY OF SOLANO |
| 7 | I:\CGK\Hansford v. Solano Co\PLEADINGS\Stipulation to Transfer.doc | |
| 8 | | |
| 9 | | |
| 10 | Dated: _____ | STEWART & MUSELL |
| 11 | | |
| 12 | | By: _[signature]_ |
| 13 | | ELISA J. STEWART |
| 14 | | Attorneys for Plaintiff NATHAN HANSFORD |

-2-
STIPULATION TO TRANSFER CASE

```
CAROLEE G. KILDUFF, ESQ., SBN 107232          (SPACE BELOW FOR FILING STAMP ONLY)
ALLISON E. GOLDSMITH, ESQ., SBN 238263
ANGELO, KILDAY & KILDUFF
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263
```

Attorneys for Defendant, COUNTY OF SOLANO (also sued herein as Solano County Department of Health and Human Services)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HANSFORD, | Case No.: CV 08-3496 |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER TRANSFERRING CASE** |
| SOLANO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to 28 U.S.C. section 1406(a), the parties have stipulated that the United States District Court, Northern District of California, is the incorrect District for venue in this case because the case arises out of Plaintiff Nathan Hansford's employment with the County of Solano, located within the jurisdiction of the United States District Court for the Eastern District. The parties have jointly applied to this Court for an Order transferring this case to the United States District Court, Eastern District of California. This court finds it is in the interest of justice to transfer this case to the Eastern District, therefore the parties' joint application is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____        _____
                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE FOR THE
                              NORTHERN DISTRICT OF CALIFORNIA