CAROLEE G. KILDUFF, ESQ., SBN 107232   (SPACE BELOW FOR FILING STAMP ONLY)
ALLISON E. GOLDSMITH, ESQ., SBN 238263
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant, COUNTY OF SOLANO (also sued herein as Solano County Department of Health and Human Services)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHAN HANSFORD,<br><br>  Plaintiff,<br><br>vs.<br><br>SOLANO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, and DOES 1-50, inclusive,<br><br>  Defendants. | Case No.: CV 08-3496<br><br>**[PROPOSED] ORDER TRANSFERRING CASE** |

Pursuant to 28 U.S.C. section 1406(a), the parties have stipulated that the United States District Court, Northern District of California, is the incorrect District for venue in this case because the case arises out of Plaintiff Nathan Hansford's employment with the County of Solano, located within the jurisdiction of the United States District Court for the Eastern District. The parties have jointly applied to this Court for an Order transferring this case to the United States District Court, Eastern District of California.  This court finds it is in the interest of justice to transfer this case to the Eastern District, therefore the parties' joint application is **GRANTED**.

**IT IS SO ORDERED.**

Dated: August 25, 2008                     _____
                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE FOR THE
                                           NORTHERN DISTRICT OF CALIFORNIA

-1-
[PROPOSED] ORDER TRANSFERRING CASE